CRAIG v. CTY. OF CHATHAM

No. 270PA01

Case below: 143 N.C. App. 30

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 16 August 2001. Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 16 August 2001.

EDMONDS v. TEMPLETON

No. 382P01

Case below: 143 N.C. App. 715

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 16 August 2001.

ESTATE OF WATERS v. JARMAN

No. 370P01

Case below: 144 N.C. App. 98

Petition by defendant (Lenoir Memorial Hospital, Inc. d/b/a/ Lenior Memorial Hospital) for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.

FINKLEY v. FAULKNER

No. 374P01

Case below: 143 N.C. App. 715

Petition by respondent (Commissioner of Motor Vehicles) for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.

FOREMAN v. FOREMAN

No. 394P01

Case below: 144 N.C. App. 582

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.